IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN DYNKA,<br>    Plaintiff,<br><br>    v.<br><br>NORFOLK SOUTHERN RAILWAY<br>COMPANY, ET AL.,<br>    Defendants. | )<br>)<br>)<br>) Civil Action No. 10-933<br>)<br>)<br>)<br>) |

ORDER OF COURT

AND NOW, this 21st day of July, 2010, a review of the record in the instant case shows that cross-claim defendant Chemtura Chemical Corporation has filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York at Case No. 09-11233 and pursuant to 11 U.S.C. §362, no further action can be taken against this party at this time. Therefore, IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case closed as to cross-claim defendant Chemtura Chemical Corporation only.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, C.J.

cc: All counsel of record