IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN DYNKA and STEPHANIE DYNKA, his wife, | CIVIL ACTION NO.: 2:10-CV-00933 |
| Plaintiffs, | Honorable Gary L. Lancaster |
| NORFOLK SOUTHERN RAILWAY COMPANY, and CHEMTURA CORPORATION t/d/b/a CHEMTURA, INC., | |
| Defendants. | |

**STIPULATION FOR DISMISSAL**

AND NOW, come the parties to above-captioned action, by and through their respective counsel and hereby stipulate and agree that Defendant NORFOLK SOUTHERN RAILWAY COMPANY is hereby voluntarily dismissed from the within matter WITH PREJUDICE.

KELLER GOGGIN                                             PION, JOHNSTON, NERONE, GIRMAN,
                                                          CLEMENTS & SMITH, P.C.

By:/s/ *James Duckworth*                                  By:/s/ *J. Lawson Johnston*
    James Duckworth, Esquire                                  J. Lawson Johnston, Esquire
    Keller and Goggin                                         PA I.D. # 19792
    1528 Walnut St., Ste. 900                                 1500 One Gateway Center
    Philadelphia, PA 19102                                    Pittsburgh, PA  15222
    (215) 735-8780                                            (412) 281-2288
    **Attorneys for Plaintiff**                               **Attorneys for Defendant Norfolk**
                                                              **Southern Railway Company**

SO ORDERED, this 30th day of January, 2012.

_____,C.J.
**Hon. Gary L. Lancaster, Chief U.S. District Judge**