IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN DYNKA and STEPHANIE DYNKA, his wife, | CIVIL ACTION NO.: 2:10-CV-00933 |
| Plaintiffs, | Honorable Gary L. Lancaster |
| NORFOLK SOUTHERN RAILWAY COMPANY, and CHEMTURA CORPORATION t/d/b/a CHEMTURA, INC., | |
| Defendants. | |

## STIPULATION FOR DISMISSAL

AND NOW, come the parties to above-captioned action, by and through their respective counsel and hereby stipulate and agree that Defendant NORFOLK SOUTHERN RAILWAY COMPANY is hereby voluntarily dismissed from the within matter WITH PREJUDICE.

KELLER GOGGIN

PION, JOHNSTON, NERONE, GIRMAN, CLEMENTS & SMITH, P.C.

By:/s/ *James Duckworth*
    James Duckworth, Esquire
    Keller and Goggin
    1528 Walnut St., Ste. 900
    Philadelphia, PA 19102
    (215) 735-8780
    **Attorneys for Plaintiff**

By:/s/ *J. Lawson Johnston*
    J. Lawson Johnston, Esquire
    PA I.D. # 19792
    1500 One Gateway Center
    Pittsburgh, PA 15222
    (412) 281-2288
    **Attorneys for Defendant Norfolk Southern Railway Company**

SO ORDERED, this ___ day of January, 2012.

_____,C.J.
**Hon. Gary L. Lancaster, Chief U.S. District Judge**